UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>        *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>        *Defendant.* | Civil Action No. 20-1848 (DLF) |

## DECLARATION OF MICHAEL B. STUART

I, Michael B. Stuart, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1. I currently serve as the United States Attorney for the Southern District of West Virginia. I have served in this position since January 9, 2018.

2. The statements made in this declaration are based upon my own personal knowledge and information provided to me in the course of my official duties.

3. I am aware of the Freedom of Information Act request submitted by Americans for Prosperity Foundation ("AFPF") seeking records from January 1, 2020, to the present pertaining to radio advertisements ran by myself on behalf of the United States Attorney's Office for the Southern District of West Virginia.

4. I am also aware that one of the emails released to AFPF shows that I forwarded from my official e-mail account an e-mail containing two audio file attachments to my personal e-mail account.

5. It is my understanding that these audio files are being provided to AFPF.

1

6. The personal e-mail account at issue is used to exchange personal correspondence with my family and friends. During my time as U.S. Attorney for the Southern District of West Virginia, if I happen to send or receive a work-related e-mail on this personal e-mail account, my customary practice is to forward that e-mail to my official e-mail account or to copy my official e-mail address on the correspondence.

7. I pledge to the Court that I will cooperate with the Executive Office for United States Attorneys ("EOUSA") regarding compliance with future court orders entered in this case.

Pursuant to 28 U.S.C. § 1746, I hereby affirm under penalty of perjury that the foregoing Declaration is true and correct.

Executed this ___8th___ day of September, 2020.

_____
Michael B. Stuart, U.S. Attorney